No. 72–1155. DIXON v. DIXON. Appeal from Super. Ct. N. J. Motion to dispense with printing jurisdic-

tional statement granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.